**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CHARLIE BALTRUSCH** **PLAINTIFF**
**ADC #185773**

**v.** **Case No: 2:26-cv-00045-LPR**

**COLEMAN, et al.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 5). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice. The Clerk is instructed to close this case. Plaintiff's Motion to Appoint Counsel (Doc. 6) is DENIED as moot.[1] The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).[2] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] Aside from being moot, the motion for counsel is not well-taken because Plaintiff's claims are not difficult enough legally or factually to require the appointment of counsel.

[2] Although the dismissals of the official capacity claims against Coleman and Ford were based on sovereign immunity, the Court's dismissal of the individual capacity claims against the same defendants show that Plaintiff failed to state viable claims against them. Thus, *Castillo-Alvarez v. Krukow*, 768 F.3d 1219 (8th Cir. 2014), is not applicable.