**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CHARLIE BALTRUSCH** **PLAINTIFF**
**ADC #185773**

**v.** **Case No: 2:26-cv-00045-LPR**

**COLEMAN, et al.** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE